**MINUTE ENTRY**
**February 28, 2008**
**JUDGE DONALD E. WALTER**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 28 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 01-50094-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| DERRICK ROBINSON | MAGISTRATE JUDGE HORNSBY |

---

The Motion to Reduce Sentence [Doc. #109] filed on behalf of defendant, Derrick Robinson, will be addressed in accordance with the Standing Order issued on February 27, 2008 by the District Judges in the Shreveport Division related to motions to reduce sentence filed pursuant to 18 U.S.C. § 3582(c)(2).

A copy of that Order is attached hereto.

*/s/ DEW*

RECEIVED
FEB 27 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

RETROACTIVE APPLICATION OF NOVEMBER 1, 2007 AMENDMENT TO CRACK COCAINE OFFENSE LEVEL GUIDELINES

\* \* \* \*

**STANDING ORDER**

Because of the recent revision to the base offense levels for crack cocaine, Section 2D1.1 of the United States Sentencing Guidelines, this matter will be considered for re-calculation of sentence pursuant to 18 U.S.C. § 3582(c)(2). All cases falling under 18 U.S.C. § 3582(c)(2) will be considered in order of the current release date of each defendant, with the cases of those defendants who are closest to their release date considered first.

THUS DONE and SIGNED on this 27th day of February, 2008, in Shreveport, Louisiana.

_____
S. Maurice Hicks, Jr
U. S. District Judge

_____
Donald E. Walter
U. S. District Judge

_____
Tom Stagg
U. S. District Judge